[No. 29636-1-I. Division One. January 18, 1994.]

*In the Matter of the Marriage of* GERALD R. OLSON, *Appellant, and* DOREEN ELIZABETH OLSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-3-00313-2, Edward Heavey, J., entered October 24 and December 23, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Kennedy, J.

[No. 31442-4-I. Division One. January 18, 1994.]

*In the Matter of the Dependency of* C.R.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. TINA MERRIWEATHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-7-01140-7, Joan E. DuBuque, J., entered August 28, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31591-9-I. Division One. January 18, 1994.]

ROLF HENDRICKS, *Respondent,* v. SIG HENDRICKS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-21101-1, Charles W. Mertel, J., entered September 22, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Pekelis, J.